**BOARD OF EDUCATION OF HICKORY v. BLICKENSDERFER**

[343 N.C. 506 (1996)]

BOARD OF EDUCATION OF THE HICKORY ADMINISTRATIVE SCHOOL UNIT v. JUSTIN S. BLICKENSDERFER AND WIFE, CAROL H. BLICKENSDERFER; JERONE C. HERRING, TRUSTEE; AND BRANCH BANKING AND TRUST COMPANY

No. 565PA95

(Filed 13 June 1996)

On writ of certiorari to review a unanimous unpublished decision of the Court of Appeals, 120 N.C. App. 645, 463 S.E.2d 430 (1995), affirming summary judgment for plaintiff entered by Downs, J., on 27 June 1994 in Superior Court, Catawba County. Heard in the Supreme Court 17 May 1996.

*Sigmon, Clark, Mackie & Hutton, by E. Fielding Clark, II, and Jeffrey T. Mackie, for plaintiff-appellee.*

*Ferguson, Stein, Wallas, Adkins, Gresham & Sumter, P.A., by John W. Gresham, for defendant-appellants.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.